JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT
FEB 1, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Francisco Reyna*, <br>     **Plaintiff,** <br>   v. <br> *FCI Lender Service, Inc.*, <br>     **Defendant.** | CASE NO. CV 15-7785-GHK (MRWx) <br><br> JUDGMENT |

Pursuant to the Court's February 1, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 1, 2016

_____
GEORGE H. KING
Chief United States District Judge